No. 509. PURCELL v. NEW YORK CENTRAL R. Co. See *ante*, p. 545.

No. 563. CARTER v. CARTER COAL CO. ET AL. November 11, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. The motion for temporary restraining order and for temporary injunction is also denied. *Mr. William D. Whitney* for petitioner. *Solicitor General Reed, Assistant Attorney General Dickinson,* and *Messrs. Wendell Berge, A. H. Feller,* and *Karl J. Hardy* for respondents.

No. 562. MATTES v. UNITED STATES. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit and motion for leave to proceed further herein *in forma pauperis* denied. *Mr. John Duggan, Jr.,* for petitioner. No appearance for the United States.

No. 448. NATIONAL Box Co. v. UNITED STATES. November 11, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Delbert M. Tibbetts* for petitioner. *Solicitor General Reed, Assistant Attorney General MacLean,* and *Messrs. Paul A. Sweeney* and *W. Marvin Smith* for the United States.

No. 455. UNITED STATES v. FORD MOTOR Co. November 11, 1935. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Mr. Charles B. McInnis* for respondent.